IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-CV-01187-PSF-MJW**

SUSAN PENA,

Plaintiff(s),

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and
SUZANNE LIENING,

Defendant(s).

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiff's Motion to Compel F.R.C.P.[sic] 30(b)(6) Deposition (docket no. 36) is **DENIED**.

Plaintiff has failed to provide this court with any legal authority to support her contention that Defendant Travelers cannot determine whom it will designate pursuant to Fed. R. Civ. P. 30(b)(6).  Moreover, the plain language of Fed. R. Civ. P. 30(b)(6) authorizes Travelers to designate their Fed. R. Civ. P. 30(b)(6) witness.  Travelers is required under Fed. R. Civ. P. 30(b)(6) only to designate a person who has knowledge of, or acquires such knowledge regarding, the matters on which examination is required that are known or reasonably available to Travelers.

It is **FURTHER ORDERED** that Plaintiff shall use the proper format when she files any further motions or pleadings with the court.  In particular, such motions or pleadings shall be double spaced and use 12 font.  Moreover, the Plaintiff shall use the correct case number on all future motions and pleadings.  The correct case number is 04-CV-01187-PSF-MJW and **not** 04-F-1187(MJW).  See Local Rules of Practice of this court.  Failure to comply with the Local Rules of Practice of this court may result in future motions being denied summarily and/or other sanctions being imposed.

Date:  August 11, 2005