IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01187-PSF-MJW

SUSAN PENA,

     Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and
SUZANNE LIENING,

     Defendants.

---

## ORDER SETTING HEARING DATE

---

THIS MATTER is before the Court on the parties' request to set a trial date in this case outside the Court's preferred 120 days from the final pretrial conference.  It is

ORDERED that a hearing to address this issue will be held in Courtroom A602 of the U.S. District Courthouse, 901 19th Street, Denver, Colorado, on **September 22, 2005 at 4:30 p.m.**, at which time a trial date will be set.  Lead counsel who will try this case shall attend this hearing.

DATED:  September 7, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge