IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-CV-01187-PSF-MJW**

SUSAN PENA,

Plaintiff(s),

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and
SUZANNE LIENING,

Defendant(s).

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiff's Stipulated Motion to Vacate Settlement Conference of October 26, 2005 [sic](docket no. 50) is GRANTED.  The settlement conference set before Magistrate Judge Watanabe on October 26, 2005, at 1:30 p.m. is VACATED since the parties are proceeding to mediation with Steve Clymer of Accord Dispute Resolution Services, Inc.

Date:  October 14, 2005