IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01187-PAC-MJW

SUSAN PENA,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and
SUZANNE LIENING,

    Defendants.

---

## ORDER RE DISMISSAL PAPERS

---

In light of the settlement reached in this matter, as indicated in the Joint Status Report and Notice of Settlement (Dkt. # 52), the parties shall file their dismissal papers no later than **November 28, 2005.**

    DATED: October 25, 2005

                                                    BY THE COURT:

                                                  s/ Phillip S. Figa
                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge