IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01187-PAC-MJW

SUSAN PENA,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and
SUZANNE LIENING,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

    The parties Joint Stipulated Motion to Dismiss Action With Prejudice (Dkt. # 55) is GRANTED. It is hereby

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to bear her/its own costs, attorneys' fees and expenses.

    DATED: November 18, 2005

                                BY THE COURT:

                                *s/ Phillip S. Figa*

                                _____
                                Phillip S. Figa
                                United States District Judge